Paul S. Padda, Esq. (NV Bar #10417)
Email: psp@paulpaddalaw.com
Ruth L. Cohen, Esq. (NV Bar #1782)
Email: rlc@paulpaddalaw.com
Joshua Y. Ang, Esq. (NV Bar #14026)
Email: ja@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT JOHNSON,

        Plaintiff,

vs.                                              Case No. 2:15-CV-2425-JCM-CWH

WHIRLPOOL CORPORATION;
a Foreign Corporation,

        Defendant.

## JOINT STIPULATION

       Pursuant to the Court's Local Rule of Civil Practice 7-1, the parties, subject to this Court's approval, hereby stipulate to the following:

       1.    Plaintiff hereby withdraws his motion to compel discovery which was filed on March 2, 2017 (Pacer #47) and which is currently pending before the Court. The written discovery requests that are the subject of Plaintiff's pending motion to compel will be pared down by Plaintiff and provided to Defendant by March 23, 2017. To the extent that Defendant continues to object to the revised written discovery requests, then Plaintiff may renew his motion to compel. As a result of Plaintiff's withdrawal of his second motion to compel discovery, the

. . .

. . .

1 | Court is no longer required to adjudicate that motion and should deny it as moot.

2 |                           Respectfully submitted,

3 | /s/ *Crystal J. Herrerra*          /s/ *Paul S. Padda*

4 | Crystal J. Herrera, Esq.         Paul S. Padda, Esq.

5 | Attorney for Defendant          Attorney for Plaintiff

6 | Dated: March 16, 2017          Dated: March 16, 2017

7 |                 IT IS SO ORDERED:

8-10 | **The parties' joint stipulation is hereby approved. Based upon the representations of Plaintiff's counsel, the second motion to compel filed with the Court on March 2, 2017 (Pacer #47) is hereby denied as moot.**

11-12 | UNITED STATES MAGISTRATE JUDGE

13 | DATED: March 17, 2017

15 |                 CERTIFICATE OF SERVICE

16-17 |     In compliance with the Court's Local Rules, the undersigned hereby certifies that on March 16, 2017 a copy of the foregoing document, "JOINT STIPULATION" was served (via the Court's CM/ECF system) upon all counsel of record.

18 |                                     /s/ *Paul S. Padda*

19 |                                     Paul S. Padda, Esq.