UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT JOHNSON, | Case No. 2:15-cv-02425-JCM-CWH |
| Plaintiff, | ORDER |
| v. | |
| WHIRLPOOL CORPORATION, | |
| Defendant. | |

Presently before the court is *Johnson v. Whirlpool Corporation*, case number 2:15-cv-02425-JCM-CWH.

On October 11, 2017, plaintiff Robert Johnson filed a motion to extend time to file a response to defendant's motion for summary judgment. (ECF No. 62). On October 17, 2017, defendant Whirlpool Corporation filed a response. (ECF No. 63).

Plaintiff cites in support of his motion to extend time the statement in *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253 (9th Cir. 2010) that extensions of time should be liberally granted in order to "effectuate the general purpose of seeing that cases are tried on the merits." (ECF No. 62); *see* 624 F.3d at 1258–59. Plaintiff alleges that counsel's business related travel during the week of October 16th will impede efforts to comply with current deadline of October 19, 2017. (ECF No. 62). Plaintiff cites counsel's continued travel over the course of the next few weeks to support an extension of fourteen business days to file a response. *Id.*

Plaintiff's motion demonstrates good cause to support granting an extension of time to file a response. An extension will further the judicial purpose of ensuring that the motion is decided on the merits. *See Ahanchian*, 624 F.3d at 1258–59. Further, the motion was timely filed and defendant will not be prejudiced by an extension. However, as defendant notes,

plaintiff's requested extension length appears excessive, especially considering that plaintiff's motion does not discuss why counsel could not draft a response prior to October 16, 2017. (ECF No. 63); *see* (ECF No. 62). The court will therefore grant plaintiff leave to file his response on or before October 27, 2017.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for extension of time (ECF No. 62) be, and the same hereby is, GRANTED IN PART AND DENIED IN PART, consistent with the foregoing. Plaintiff shall have until October 27th, 2017 to file his response to defendant's motion for summary judgment.

DATED THIS 19th day of October, 2017.

                                                JAMES C. MAHAN
                                                UNITED STATES DISTRICT JUDGE