MICHAEL A. WILDER, ESQ., Bar # 06291053
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL 60654
Telephone: 312.795.3202
Fax No.: 312.602.3867
Email: mwilder@littler.com

WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 HOWARD HUGHES PARKWAY
Suite 300
Las Vegas, NV 89169
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: mbmsith@littler.com

Attorneys for Defendant,
WHIRLPOOL CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOHNSON, Individually, | Case No. 2:15-cv-02425-JCM-CWH |
| Plaintiff, | |
| vs. | **AMENDED FIRST STIPULATION AND ORDER TO CONTINUE TRIAL DATE SET IN PRETRIAL ORDER [ECF. NO 83]** |
| WHIRLPOOL CORPORATION, A Foreign Corporation, | |
| Defendant. | **(First Request)** |

Plaintiff Robert Johnson and Defendant Whirlpool Corporation, by and through their respective counsel, hereby stipulate, pursuant to Local Rules IA 6-1 and IA 6-2, and Local Rule 7-1, that the trial of this matter be continued from its current March 25, 2019 date to August 26, 2019.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520

Good cause exists for the above request because the matter has been set for settlement conference (ECF No. 89), and the parties wish to fully pursue settlement negotiations, both during and, if necessary, following the settlement conference. This is the first stipulation to continue the trial date.

Accordingly, the parties seek an Order amending the Pretrial Order (ECF No. 83) by continuing the current trial date of March 25, 2019, to August 26, 2019, for an estimated 3-5 days, and by continuing the calendar call set for March 20, 2019, to August 21, 2019 at 1:30 p.m.
Trial to begin on August 26, 2019, at 9:00 a.m.

Dated: March 4, 2019

Respectfully submitted,

*/s/ Joshua Y. Ang, Esq.*
PAUL S. PADDA, ESQ.
JOSHUA Y. ANG, ESQ.
PAUL PADDA LAW

Attorneys for Plaintiff,
ROBERT JOHNSON

Dated: March 4, 2019

Respectfully submitted,

*/s/ Marcus B. Smith, Esq.*
MICHAEL A. WILDER, ESQ.
WENDY M. KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
WHIRLPOOL CORPORATION

**ORDER**

**IT IS SO ORDERED** March 7, 2019.

_____
UNITED STATES DISTRICT JUDGE

FIRMWIDE:162607773.1 026439.1013

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520