1  MICHAEL A. WILDER, ESQ., Bar # 06291053
   LITTLER MENDELSON, P.C.
2  321 North Clark Street
   Suite 1000
3  Chicago, IL  60654
   Telephone:    312.795.3202
4  Fax No.:      312.602.3867
   Email:        mwilder@littler.com
5
   WENDY MEDURA KRINCEK, ESQ., Bar # 6417
6  MARCUS B. SMITH, ESQ., Bar # 12098
   LITTLER MENDELSON, P.C.
7  3960 HOWARD HUGHES PARKWAY
   Suite 300
8  Las Vegas, NV 89169
   Telephone:    702.862.8800
9  Fax No.:      702.862.8811
   Email:        wkrincek@littler.com
10 Email:        mbmsith@littler.com

11
   Attorneys for Defendant,
12 WHIRLPOOL CORPORATION

13
                    UNITED STATES DISTRICT COURT
14
                         DISTRICT OF NEVADA
15

16
   ROBERT JOHNSON, Individually,            Case No. 2:15-cv-02425-JCM-CWH
17
                 Plaintiff,                 **STIPULATION AND
18                                          ORDER TO EXTEND TIME FOR
   vs.                                      DEFENDANT TO FILE RESPONSE TO
19                                          PLAINTIFF'S MOTIONS IN LIMINE 1
   WHIRLPOOL CORPORATION, A                 THROUGH 3**
20 Foreign Corporation,
                                            **[FIRST REQUEST]**
21               Defendant.

22
        Defendant WHIRLPOOL CORPORATION ("Defendant") by and through its counsel, Littler

23
   Mendelson, and Plaintiff ROBERT JOHNSON (hereinafter "Plaintiff"), by and through his counsel,

24
   Paul Padda Law, hereby agree and stipulate to extend the time for Defendant to file a response to

25
   Plaintiff's Motions in Limine 1 through 3 (ECF No. 84) from the current deadline of March 8, 2019

26
   up to and including May 7, 2019.

27

28

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL  60654
312.372.5520

The extension is necessary in order to provide additional time for Plaintiff and Defendant to discuss Plaintiff's Motion (ECF No. 84) and whether a withdrawal or a response is appropriate. Moreover, the stipulated extension reflects the fact that the trial is now continued to August 26, 2019. This is the first request for an extension of time to respond to the Plaintiff's Motion.

This request is made in good faith and not for the purpose of delay.

Dated: March 11, 2019

Respectfully submitted,

/s/ Joshua Y. Ang
PAUL S. PADDA, ESQ.
JOSHUA Y. ANG, ESQ.
PAUL PADDA LAW, PLLC

Attorneys for Plaintiff,
ROBERT JOHNSON

Respectfully submitted,

/s/ Marcus B. Smith
MICHAEL A. WILDER, ESQ.
WENDY MEDURA KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
WHIRLPOOL CORPORATION

**ORDER.**

**IT IS SO ORDERED.**

Dated March 13, 2019.

UNITED STATES DISTRICT JUDGE

FIRMWIDE:162744427.1 026439.1013

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520