MICHAEL A. WILDER, ESQ., Bar # 06291053
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL 60654
Telephone:   312.795.3202
Fax No.:     312.602.3867
Email:       mwilder@littler.com

WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 HOWARD HUGHES PARKWAY
Suite 300
Las Vegas, NV 89169
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       wkrincek@littler.com
Email:       mbmsith@littler.com

Attorneys for Defendant,
WHIRLPOOL CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOHNSON, Individually,<br><br>  Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, A Foreign Corporation,<br><br>  Defendant. | Case No. 2:15-cv-02425-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTIONS IN LIMINE 1 THROUGH 3**<br><br>**[THIRD REQUEST]** |

Defendant WHIRLPOOL CORPORATION ("Defendant") by and through its counsel, Littler Mendelson, and Plaintiff ROBERT JOHNSON (hereinafter "Plaintiff"), by and through his counsel, Paul Padda Law, hereby agree and stipulate to extend the time for Defendant to file a response to Plaintiff's Motions in Limine 1 through 3 (ECF No. 84) from the current deadline of May 28, 2019 up to and including June 18, 2019.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL  60654
312.372.5520

1 The extension is necessary in order to provide the parties additional time to continue 2 settlement discussions. Moreover, the stipulated extension reflects the fact that the trial is now 3 continued to August 26, 2019. This is the third request for an extension of time to respond to 4 Plaintiff's Motion.

This request is made in good faith and not for the purpose of delay.

Dated: May 28, 2019

Respectfully submitted, Respectfully submitted,

*/s/ Joshua Y. Ang, Esq.*         */s/ Marcus B. Smith, Esq.*
PAUL S. PADDA, ESQ.         MICHAEL A. WILDER, ESQ.
JOSHUA Y. ANG, ESQ.         WENDY MEDURA KRINCEK, ESQ.
PAUL PADDA LAW, PLLC         MARCUS B. SMITH, ESQ.
        LITTLER MENDELSON, P.C.

Attorneys for Plaintiff,
ROBERT JOHNSON         Attorneys for Defendant,
        WHIRLPOOL CORPORATION

**ORDER.**

**IT IS SO ORDERED.**

Dated: May 29, 2019.

_____
UNITED STATES DISTRICT JUDGE

FIRMWIDE:164604398.1 026439.1013

LITTLER MENDELSON, P.C.
Attorneys At Law
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520