MICHAEL A. WILDER, ESQ., Bar # 06291053
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL 60654
Telephone: 312.795.3202
Fax No.: 312.602.3867
Email: mwilder@littler.com

WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 HOWARD HUGHES PARKWAY
Suite 300
Las Vegas, NV 89169
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: mbmsith@littler.com

Attorneys for Defendant,
WHIRLPOOL CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOHNSON, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, A Foreign Corporation,<br><br>Defendant. | Case No. 2:15-cv-02425-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTIONS IN LIMINE 1 THROUGH 3**<br><br>**[FOURTH REQUEST]** |

Defendant WHIRLPOOL CORPORATION ("Defendant") by and through its counsel, Littler Mendelson, and Plaintiff ROBERT JOHNSON (hereinafter "Plaintiff"), by and through his counsel, Paul Padda Law, hereby agree and stipulate to extend the time for Defendant to file a response to Plaintiff's Motions in Limine 1 through 3 (ECF No. 84) from the current deadline of June 18, 2019 up to and including July 9, 2019.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520

The extension is necessary in order to provide the parties additional time to continue settlement discussions. Moreover, the stipulated extension reflects the fact that the trial is now continued to August 26, 2019. This is the fourth request for an extension of time to respond to Plaintiff's Motion.

This request is made in good faith and not for the purpose of delay.

Dated: June 18, 2019

Respectfully submitted,

/s/ Paul S. Padda, Esq.
PAUL S. PADDA, ESQ.
JOSHUA Y. ANG, ESQ.
PAUL PADDA LAW, PLLC

Attorneys for Plaintiff,
ROBERT JOHNSON

Respectfully submitted,

/s/ Marcus B. Smith, Esq.
MICHAEL A. WILDER, ESQ.
WENDY MEDURA KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
WHIRLPOOL CORPORATION

**ORDER.**

**IT IS SO ORDERED.**

Dated June 19, 2019.

_____
UNITED STATES DISTRICT JUDGE

FIRMWIDE:165017749.1 026439.1013

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520

2.