UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT JOHNSON, | Case No. 2:15-CV-2425 JCM (DJA) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| WHIRLPOOL CORPORATION, | |
| Defendant(s). | |

Presently before the court is the matter of *Johnson v. Whirlpool Corporation*, case no. 2:15-cv-02425-JCM-DJA.

On August 8, 2019, the parties filed a notice of settlement and stipulation to continue trial. (ECF No. 109). In light of the settlement reached in this action, the court will deny plaintiff's pending motion in limine (ECF No. 84) without prejudice to plaintiff's ability to renew the motion should the settlement not materialize.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion in limine (ECF No. 84) be, and the same hereby is, DENIED, without prejudice.

IT IS FURTHER ORDERED that, in accordance with the parties' notice of settlement and stipulation to continue trial, the parties shall file a stipulation of dismissal with prejudice on or before September 23, 2019.

IT IS SO ORDERED.

DATED August 6, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**