1  MICHAEL A. WILDER, ESQ., Bar # 06291053
   LITTLER MENDELSON, P.C.
2  321 North Clark Street
   Suite 1000
3  Chicago, IL 60654
   Telephone:    312.795.3202
4  Fax No.:      312.602.3867
   Email:        mwilder@littler.com
5
   WENDY MEDURA KRINCEK, ESQ., Bar # 6417
6  MARCUS B. SMITH, ESQ., Bar # 12098
   LITTLER MENDELSON, P.C.
7  3960 HOWARD HUGHES PARKWAY
   Suite 300
8  Las Vegas, NV 89169
   Telephone:    702.862.8800
9  Fax No.:      702.862.8811
   Email:        wkrincek@littler.com
10 Email:        mbmsith@littler.com

11
   Attorneys for Defendant
12 WHIRLPOOL CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOHNSON, Individually, | Case No. 2:15-cv-02425-JCM-DJA |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE TRIAL** |
| WHIRLPOOL CORPORATION, A Foreign Corporation, | |
| Defendant. | |

Plaintiff Robert Johnson and Defendant Whirlpool Corporation hereby provide notice to the Court that this matter has been resolved. The parties do not anticipate that they will file a stipulation to dismiss the matter with prejudice until after August, 26, 2019, the currently scheduled trial date in this matter. Therefore, the parties request that:

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520

(1) the trial date be continued to 9:00 AM on one of the following dates: November 4, 2019, November 11, 2019, and November 18, 2019;

(2) that calendar call be continued to the week prior to the date selected from the above; and

(3) the parties be given 45 days from the filing of this Notice to file the dismissal documents with the Court.

Dated: August 9, 2019

Respectfully submitted,

PAUL S. PADDA, ESQ.
JOSHUA Y. ANG, ESQ.
THE FEDERAL DEFENDERS LAW GROUP, LLC
Attorneys for Plaintiff
ROBERT JOHNSON

Respectfully submitted,

MICHAEL A. WILDER, ESQ.
WENDY MEDURA KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WHIRLPOOL CORPORATION

**ORDER.**

**IT IS SO ORDERED.**

The trial is hereby continued to November 4, 2019, at 9:00 a.m. Calendar Call is rescheduled to October 30, 2019, at 1:30 p.m.

UNITED STATES DISTRICT JUDGE

Dated: August 12, 2019.

FIRMWIDE:165965847.1 026439.1013

LITTLER MENDELSON, P
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520